Robert W. Freeman, Jr., Esq.
Nevada Bar No. 003062
FREEMAN & ASSOCIATES
1060 Wigwam Parkway
Henderson, Nevada 89074
(702) 990-4913

Attorneys for Defendant
American Family Mutual Insurance Company

# UNITED STATES DISTRICT COURT

## CLARK COUNTY, NEVADA

* * * * *

| | |
|---|---|
| ANNA M. CHONG, | CASE NUMBER: 2:10-cv-1213-KJD-LRL |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, DOES I through x, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, and their respective counsel of record, and upon the representation having been made that all claims have been settled.

IT IS FURTHER STIPULATED AND AGREED that the above-entitled action may be dismissed with prejudice, each party to bear its own costs and attorney fees.

DATED this 1 day of June, 2011.    DATED this 9th day of May, 2011.

FREEMAN & ASSOCIATES                  AMICK LAW OFFICE

/s/ Robert W. Freeman                 /s/ Robert L. Amick

Robert W. Freeman, Jr., Esq.          Robert L. Amick, Esq.
Nevada Bar No. 3062                   Nevada Bar No. 5204
1060 Wigwam Parkway                   6030 S. Rainbow Blvd.,
Henderson, Nevada 89074               Suite D-1
Attorneys for Defendant               Las Vegas, Nevada 89118
American Family Mutual Insurance      Attorneys for Plaintiff
Company

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: 6/3/11